UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SAIM SARWAR<br>Plaintiff,<br><br>v.<br><br>CLIPPER LLC<br>Defendant, | )<br>)<br>)<br>)  Civil No. 1:21-cv-00009-GZS<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order of Dismissal entered by U.S. District Judge George Z. Singal on May 18, 2021, the Plaintiff's Amended Complaint is Dismissed.

JUDGMENT of dismissal is hereby entered.

                                                  CHRISTA K. BERRY
                                                CLERK


                                 By:    /s/ Lindsey Tully
                                          Deputy Clerk

Dated: May 19, 2021